NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JOHN J. KUCERA (Cal. Bar No. 274184)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-3391
    Facsimile:  (213) 894-0142
    E-mail:   John.Kucera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 18-8565 -SVW-JEMx |
|---|---|
| Plaintiff, | WARRANT |
| v. | |
| $16,500,000.00 IN BANK FUNDS SEIZED FROM K&H ACCOUNT '1210, | |
| Defendant. | |

    TO: UNITED STATES MARSHALS SERVICE:

    A Verified Complaint for Forfeiture having been filed in this action,

    IT IS ORDERED that you seize the defendant, $16,500,000.00 in Bank Funds Seized from K&H Account '1210, and cause the same to be detained in your custody, or in the custody of a Substitute Custodian, until further notice of the Court, and that you give due

notice to all interested persons that they must file their Claims and
Answers with the Clerk of this Court within the time allowed by law.

YOU ARE FURTHER ORDERED to file this process in this Court with
your return promptly after execution.


DATED:    10/9/2018
        _____


KIRY K. GRAY, Clerk

Deputy Clerk of Court

2